ANTOLIN ALLES, *Appellant,* v. FERNANDO DIAZ, *Appellee.*

### ON REHEARING.

This cause came on again to be heard upon a rehearing heretofore granted, and being duly considered, and the court being of the opinion that its former decision was in all respects correct, it is ordered, adjudged and decreed that the decree be and the same is hereby reaffirmed, and the opinion of the court heretofore filed shall stand as the opinion of the court.